1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6                   FOR THE EASTERN DISTRICT OF CALIFORNIA

7   TONY MABRY,

8            Plaintiff,                          No. CIV S-09-1581 WBS GGH P

9        vs.

10  ROBERT SANTOS,

11           Defendant.                    _____ ORDER

12  _____/

13          Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action

14  filed pursuant to 42 U.S.C. § 1983.  By order filed on August 13, 2009, plaintiff's complaint was

15  dismissed with leave to file an amended complaint.  Plaintiff has now filed an amended

16  complaint.  Plaintiff also asks that his filings, signed on August 16, 2009, be disregarded, which

17  includes his declining the jurisdiction of the undersigned, because plaintiff had not yet received

18  the court's order, filed on August 13, 2009, when he sent those documents.  The court will grant

19  the motion disregarding both filings of that date, dated in this court as filed on August 19, 2009

20  (docket # 10 and # 11), and will provide plaintiff with another consent form; however, should

21  plaintiff fail to file the new consent/reassignment form within twenty-eight (28) days, the form

22  declining consent will be re-instated.

23          The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C.

24  § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the amended complaint are proven,

25  plaintiff has a reasonable opportunity to prevail on the merits of this action.

26  \\\\\

1

In accordance with the above, IT IS HEREBY ORDERED that:

1.  Service is appropriate for the following defendants: Robert Santos.

2.  The Clerk of the Court shall send plaintiff one (1) USM-285 form, one summons, an instruction sheet and a copy of the amended complaint filed September 2, 2009 (docket # 14).

3.  Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a.  The completed Notice of Submission of Documents;

    b.  One completed summons;

    c.  One completed USM-285 form for each defendant listed in number 1 above; and

    d.  Two (2) copies of the endorsed amended complaint filed  September 2, 2009 (docket # 14.

4.  Plaintiff need not attempt service on defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5.  The Clerk of the Court shall provide plaintiff with another copy of *the consent/reassignment form contemplated by Appendix A(k) to the Local Rules of this court;*

////
////
////
////
////
////
////

1        6. Plaintiff's August 24, 2009 (docket # 13), motion to disregard the documents

2  signed by plaintiff on August 16, 2009, and filed in this court on August 19, 2009 (docket # 10

3  and docket # 11), is granted; however, should plaintiff fail to return the consent form referenced

4  above within 28 days, plaintiff's filing at docket # 11, declining the jurisdiction of the

5  undersigned, will be re-instated.

6  DATED: February 17, 2010

7

8                                        /s/ Gregory G. Hollows

                                      UNITED STATES MAGISTRATE JUDGE

9

10

11  GGH:009
    mabr1581.1am

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10    TONY MABRY,

11              Plaintiff,                    No. CIV S-09-1581 WBS GGH P

12        vs.

13    ROBERT SANTOS,                          NOTICE OF SUBMISSION

14              Defendant.                    OF DOCUMENTS

15    _____/

16              Plaintiff hereby submits the following documents in compliance with the court's

17    order filed _____:

18              ___1___        completed summons form

19              ___1___        completed USM-285 form

20              ___2___        copies of the September 2, 2009
                                              Amended Complaint

21    DATED:

22

23                                            _____
                                              Plaintiff
24

25

26